

**FILED**

JUN 1 4 2013

Clerk, U.S. District Court
District Of Montana
Helena

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| MARLON CAMARILLO, | |
| Petitioner, | CV 13-64-BLG-SEH |
| vs. | ORDER |
| LEROY KIRKEGARD; ATTORNEY GENERAL OF THE STATE OF MONTANA, | |
| Respondent. | |

United States Magistrate Judge Carolyn Ostby entered her Findings and

Recommendation[1] on May 21, 2013.  Petitioner filed objections on June 4, 2013.[2]

The Court reviews *de novo* findings and recommendations to which objection is

made.  28 U.S.C. § 636(b)(1).

---

[1] Document No. 5.

[2] Document No. 6.

Upon *de novo* review of the record, I find no error in Magistrate Judge

Ostby's Findings and Recommendation and adopt it in full.

ORDERED:

1.     Petitioner's Petition for Writ of Habeas Corpus[3] is DISMISSED.

2.     The Clerk of Court is directed to enter a judgment of dismissal.

3.     A certificate of appealability is DENIED because the procedural basis

for dismissal is clear and inescapable.

DATED this ___14___ day of June, 2013.

SAM E. HADDON
United States District Judge

_____

[3] Document No. 1.